UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RUBY HILL, L.P., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-07014-SVK<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO EXTEND DEADLINE TO COMPLETE SERVICE**<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 8 |

Plaintiff filed this lawsuit on September 10, 2021. Dkt. 1. Now before the Court is Plaintiff's motion seeking a 90-day extension of the deadline to complete service. Dkt. 8. For the reasons that follow, Plaintiff's motion is **DENIED**.

- The declaration of Plaintiff's counsel Tehniat Zaman, signed under penalty of perjury and submitted in support of the motion, incorrectly states that service is not due until February 14, 2022. Dkt. 8-2 ¶ 3. In fact service was due within 60 days of the filing of the complaint on September 10, 2021, *i.e.,* by November 9, 2021. *See* Dkt. 5; General Order 56 ¶ 1. General Order 56, which applies to Americans with Disabilities Act cases such as this one, requires that a motion to extend the deadline for service must be brought "***prior*** to the expiration of that period." General Order 56 ¶ 1; *see also* Dkt. 5. Plaintiff did not file the present motion until more than three months after the deadline for service expired.

- In support of the motion, Plaintiff submits evidence of a single unsuccessful attempt to serve Defendants on October 5, 2021. Dkt. 8-2. Even absent the other problems noted in this Order, the Court would be inclined to deny Plaintiff's motion based on a failure to exercise reasonable diligence in attempting to serve Defendants before the original deadline. Moreover, Plaintiff fails to explain why it waited more than four months after the unsuccessful service attempt to bring the present motion.

- As the Court has noted in other cases in which Plaintiff has recently brought similar motions, Plaintiff's boilerplate language, citing factors such as the COVID-19 pandemic and unidentified new information that has led Plaintiff to believe it can complete service "shortly," does not support Plaintiff's request for a 90-day extension, which would exceed the amount of time Plaintiff had to complete service in the first instance.

Plaintiff shall appear on **March 22, 2022, at 10:00 a.m.** and show cause why this case should not be dismissed for failure to prosecute. A response to the Order to Show cause is due **March 15, 2022**

**SO ORDERED.**

Dated: February 11, 2022

SUSAN VAN KEULEN
United States Magistrate Judge